# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Abramson Scholarship Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | D.C. Government (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Pension (D.C. Government) | $67,983.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Wells Fargo | Equity Line / Rental Property, Washington, DC | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash accounts) | A | Interest | M | T | | | | | |
| 3. Rental Property I Income (Washington, DC) | E | Rent | O | W | | | | | |
| 4. Rental Property II Income (Washington, DC) | F | Rent | P1 | W | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Janney Sweep Account (cash) | A | Interest | J | T | | | | | |
| 7. Abbott Laboratories (ABT) | A | Dividend | | | Sold | 06/03/20 | J | B | |
| 8. Adobe Inc (ADBE) | | None | J | T | Sold (part) | 07/09/20 | J | B | |
| 9. Alphabet Inc Cl A (GOOGL) | | None | J | T | | | | | |
| 10. Amazon.com Inc (AMZN) | | None | J | T | Sold (part) | 07/09/20 | J | C | |
| 11. American Tower Corp (AMT) | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 12. Apple Inc (AAPL) | A | Dividend | J | T | Sold (part) | 07/10/20 | J | B | |
| 13. Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 14. Diamondback Energy Inc (FANG) | | None | | | Buy | 06/03/20 | J | | |
| 15. | | | | | Sold | 07/09/20 | J | | |
| 16. D R Horton Inc (DHI) | A | Dividend | J | T | Sold | 03/24/20 | J | | |
| 17. | | | | | Buy | 07/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18.  Intel Corp (INTC) | A | Dividend | | | Buy | 04/09/20 | J | | |
| 19. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 20. | | | | | Sold | 07/09/20 | J | A | |
| 21.  L3Harris Technologies Inc (LHX) | A | Dividend | | | Sold | 06/24/20 | J | A | |
| 22.  Lam Research Corp (LRCX) | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 23.  Microsoft Corp (MSFT) | A | Dividend | J | T | Sold (part) | 07/09/20 | J | B | |
| 24.  NVIDIA Corp (NVDA) | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 25.  Raytheon Technologies (RTX) | A | Dividend | | | Buy | 04/09/20 | J | | |
| 26. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 27. | | | | | Sold | 07/31/20 | J | | |
| 28.  Southwest Airlines (LUV) | | None | J | T | Buy | 09/17/20 | J | | |
| 29. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 30.  Union Pacific Corp (UNP) | | None | J | T | Buy | 10/16/20 | J | | |
| 31.  United Parcel Service (UPS) | | None | J | T | Buy | 09/28/20 | J | | |
| 32.  United Rentals Inc (URI) | | None | | | Sold | 03/04/20 | J | | |
| 33.  Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 34.  Vertex Pharmaceuticals (VRTX) | | None | | | Buy | 04/27/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 36. | | | | | Sold | 10/15/20 | J | | |
| 37.  Visa Inc Cl A (V) | A | Dividend | J | T | | | | | |
| 38.  Zoetis Inc Cl A (ZTS) | A | Dividend | J | T | | | | | |
| 39.  First Trust Large Cap Core Alphadex ETF (FEX) | B | Dividend | L | T | Sold<br>(part) | 03/19/20 | J | | |
| 40. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 41. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 42. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 45. | | | | | Sold<br>(part) | 09/28/20 | J | A | |
| 46.  First Trust Small Cap Core Alphadex ETF (FYX) | A | Dividend | K | T | Buy | 05/26/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 48.  IShares Russell Mid Cap ETF (IWR) | A | Dividend | | | Sold<br>(part) | 03/19/20 | J | | |
| 49. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 50. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 51. | | | | | Sold | 09/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard S&P 500 Index ETF (VOO) | B | Dividend | L | T | Buy (add'l) | 02/27/20 | J | | |
| 53. | | | | | Sold (part) | 04/07/20 | J | | |
| 54. PGIM Total Return Bond Cl Z (PDBZX) | B | Dividend | K | T | Buy (add'l) | 01/09/20 | K | | |
| 55. | | | | | Sold (part) | 02/27/20 | J | A | |
| 56. PGIM Absolute Return Bond Cl Z (PADZX) | A | Dividend | | | Sold | 01/09/20 | K | | |
| 57. Putnam Short Duration Income CL Y (PSDYX) | A | Dividend | | | Sold | 01/02/20 | K | A | |
| 58. Western Asset Core Bond Cl I (WATFX) | A | Dividend | K | T | Buy | 01/09/20 | K | | |
| 59. | | | | | Sold (part) | 02/27/20 | J | A | |
| 60. Account #2 (H) | | | | | | | | | |
| 61. First Trust Nasdaq 100 Equal Weighted Index ETF (QQEW) | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 62. First Trust Cloud Computing Index ETF (SKYY) | A | Dividend | | | Buy | 04/01/20 | J | | |
| 63. | | | | | Sold | 07/10/20 | J | B | |
| 64. First Trust Nasdaq Bank ETF (FTXO) | A | Dividend | | | Sold | 04/01/20 | J | | |
| 65. First Trust Horizon Managed Volatility Dev Intl ETF (HDMV) | A | Dividend | | | Sold | 07/10/20 | J | | |
| 66. First Trust Cap Strength ETF (FTCS) | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 67. | | | | | Sold (part) | 07/10/20 | J | A | |
| 68. First Trust Consumer Discretionary Alphadex ETF (FXD) | | None | | | Sold | 01/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | First Trust Devel Mkts Ex US Alphadex ETF (FDT) | A | Dividend | J | T | Buy | 07/10/20 | J | | |
| 70. | First Trust Dow Jones Internet Index ETF (FDN) | | None | J | T | Buy | 04/01/20 | J | | |
| 71. | First Trust Emerging Markets Alphadex (FEM) | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 72. | First Trust Europe Alphadex ETF (FEP) | A | Dividend | J | T | | | | | |
| 73. | First Trust Large Cap Value Opportunity ETF (FTA) | A | Dividend | J | T | Buy (add'l) | 07/10/20 | J | | |
| 74. | First Trust Large Cap Growth Opportunity (FTC) | A | Dividend | K | T | Sold (part) | 01/09/20 | J | B | |
| 75. | First Trust Mid Cap Growth Alphadex ETF (FNY) | A | Dividend | J | T | | | | | |
| 76. | First Trust NYSE Arca Bio Tech Index (FBT) | | None | J | T | | | | | |
| 77. | First Trust Technology Alphadex (FXL) | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 78. | | | | | | Sold | 04/01/20 | J | A | |
| 79. | | | | | | Buy | 07/10/20 | J | | |
| 80. | First Trust Value Line Dividend Index ETF (FVD) | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 81. | AB Global Bond Advisor (ANAYX) | A | Dividend | | | Sold | 01/09/20 | J | A | |
| 82. | PGIM Total Return Bond Cl Z (PDBZX) | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 83. | | | | | | Sold (part) | 04/02/20 | J | | |
| 84. | Account #3 (H) | | | | | | | | | |
| 85. | Dreyfus Govt Cash Mgmt (cash) (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy (add'l) | 08/05/20 | J | | |
| 87. Activision Blizzard (ATVI) | | None | | | Buy | 06/30/20 | J | | |
| 88. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 89. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 90. | | | | | Sold | 11/20/20 | J | A | |
| 91. Adidas AG Spons ADR (ADDYY) | | None | J | T | | | | | |
| 92. Adobe Inc (ADOBE) | | None | K | T | Buy (add'l) | 03/26/20 | J | | |
| 93. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 94. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 95. Alibaba Group Holding Ltd Spons Ads Repstg 8 Ord Shs (BABA) | | None | J | T | Sold (part) | 04/22/20 | J | A | |
| 96. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 97. | | | | | Sold (part) | 11/20/20 | J | A | |
| 98. Alphabet Inc. C1 A (GOOGL) | | None | K | T | Buy (add'l) | 06/26/20 | J | | |
| 99. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 100. Amazon.com Inc (AMZN) | | None | L | T | Buy (add'l) | 08/04/20 | J | | |
| 101. Apple Inc. (AAPL) | A | Dividend | L | T | Buy (add'l) | 08/04/20 | J | | |
| 102. Applied Materials Inc (AMAT) | A | Dividend | | | Buy | 08/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/17/20 | J | | |
| 104. Biomarin Pharmaceutical Inc (BMRN) | | None | | | Buy | 04/14/20 | J | | |
| 105. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 106. | | | | | Sold | 08/21/20 | J | | |
| 107. Blackstone Group Inc Cl A (BX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 108. Carmax Inc (KMX) | | None | | | Buy (add'l) | 01/27/20 | J | | |
| 109. | | | | | Sold | 03/18/20 | J | | |
| 110. CDW Corp (CDW) | A | Dividend | | | Sold | 03/26/20 | J | | |
| 111. Chipotle Mexican Grill Inc Cl A (GMG) | | None | K | T | Buy | 10/16/20 | J | | |
| 112. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 113. Comcast Corp Cl A New (CMCSA) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 114. Costco Wholesale Corp (COST) | A | Dividend | J | T | Sold (part) | 04/22/20 | J | C | |
| 115. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 116. D R Horton Inc (DHI) | A | Dividend | J | T | Sold | 03/24/20 | J | | |
| 117. | | | | | Buy | 07/09/20 | J | | |
| 118. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 119. Diamondback Energy Inc (FANG) | | None | | | Buy | 05/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 121. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 122. | | | | | Sold | 07/09/20 | J | | |
| 123. Equinix Inc (EQIX) | A | Dividend | | | Buy | 04/13/20 | J | | |
| 124. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 125. | | | | | Sold | 05/26/20 | J | | |
| 126. Expedia Group Inc (EXPE) | | None | J | T | Buy | 11/20/20 | J | | |
| 127. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 128. Ferrari NV New (RACE) | A | Dividend | K | T | Buy (add'l) | 06/26/20 | J | | |
| 129. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 130. Intel Corp (INTC) | A | Dividend | | | Buy | 04/22/20 | J | | |
| 131. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 132. | | | | | Sold | 08/04/20 | J | | |
| 133. JPMorgan Chase & Company (JPM) | A | Dividend | J | T | Sold (part) | 04/02/20 | J | | |
| 134. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 135. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 136. L3Harris Technologies Inc (LHX) | A | Dividend | | | Buy (add'l) | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 06/30/20 | J | | |
| 138.  LAM Research Corp (LRCX) | A | Dividend | K | T | Buy<br>(add'l) | 09/23/20 | J | | |
| 139.  Lockheed Martin Corp (LMT) | A | Dividend | | | Buy | 03/06/20 | J | | |
| 140. | | | | | Sold | 07/09/20 | J | | |
| 141.  Masco Corp (MAS) | A | Dividend | | | Buy | 08/05/20 | J | | |
| 142. | | | | | Sold | 11/20/20 | J | | |
| 143.  Microsoft Corp (MSFT) | A | Dividend | K | T | Sold<br>(part) | 04/22/20 | J | A | |
| 144. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 145.  Netflix Inc (NFLX) | | None | | | Buy | 03/19/20 | J | | |
| 146. | | | | | Sold | 06/03/20 | J | B | |
| 147.  Nike Inc (NKE) | A | Dividend | K | T | Buy | 11/20/20 | K | | |
| 148.  NVIDIA Corp (NVDA) | A | Dividend | K | T | Buy | 03/06/20 | J | | |
| 149. | | | | | Sold<br>(part) | 07/09/20 | J | A | |
| 150.  Northrop Grumman Corp (NOC) | A | Dividend | | | Sold | 03/06/20 | J | | |
| 151.  Paypal Holdings Inc (PYPL) | | None | K | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 152. | | | | | Sold<br>(part) | 07/09/20 | J | A | |
| 153. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Pioneer Natural Resources Co (PXD) | A | Dividend | | | Buy | 06/03/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 156. | | | | | Sold | 07/09/20 | J | | |
| 157.  Quanta Services Inc (PWR) | | None | K | T | Buy | 11/20/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 159.  Raytheon Technologies Corp (RTX) | | None | | | Buy | 05/26/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 162. | | | | | Sold | 07/31/20 | J | | |
| 163.  ServiceNow Inc (NOW) | | None | K | T | Buy | 04/22/20 | J | | |
| 164.  Southwest Airlines (LUV) | | None | K | T | Buy | 09/17/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 166.  Starbucks Corp (SBUX) | A | Dividend | | | Sold | 04/02/20 | J | | |
| 167.  Texas Instruments Inc (TXN) | A | Dividend | | | Sold | 03/06/20 | J | | |
| 168.  Thermo Fisher Scientific Inc (TMO) | A | Dividend | K | T | | | | | |
| 169.  Transdigm Group Inc (TDG) | | None | | | Buy | 03/10/20 | J | | |
| 170. | | | | | Sold | 03/18/20 | J | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  United Parcel Service (UPS) | A | Dividend | K | T | Buy | 09/21/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 173.  United Rentals Inc (URI) | | None | K | T | Sold | 03/10/20 | J | | |
| 174. | | | | | Buy | 07/13/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 176. | | | | | Sold<br>(part) | 11/23/20 | J | A | |
| 177.  United Healthcare Group Inc (UNH) | A | Dividend | K | T | Buy<br>(add'l) | 09/23/20 | J | | |
| 178.  Vertex Pharmaceuticals (VRTX) | | None | | | Buy | 03/10/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 181. | | | | | Sold | 10/15/20 | J | | |
| 182.  Visa Inc Class A (V) | A | Dividend | K | T | Buy<br>(add'l) | 08/04/20 | J | | |
| 183.  Walt Disney Co (DIS) | A | Dividend | K | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 186.  Waste Management Inc Del (WM) | A | Dividend | | | Sold | 04/22/20 | J | | |
| 187.  Zebra Technologies Corp Cl A (ZBRA) | | None | K | T | Buy<br>(add'l) | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 189. | | | | | Sold (part) | 11/23/20 | J | A | |
| 190. Zoetis Inc Cl A (ZTS) | A | Dividend | J | T | Buy (add'l) | 11/04/20 | J | | |
| 191. Zoom Video Communications (ZM) | | None | K | T | Buy | 09/02/20 | J | | |
| 192. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 193. First Trust Small Cap Core Alphadex ETF (FYX) | A | Dividend | K | T | Buy | 05/26/20 | J | | |
| 194. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 195. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 196. iShares Russell 1000 Value ETF (IWD) | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 197. iShares Russell 1000 Growth ETF (IWF) | A | Dividend | | | Sold | 10/16/20 | K | D | |
| 198. JPMorgan Mid Cap Value Cl I (JMVSX) | | None | | | Sold | 04/02/20 | J | | |
| 199. T Rowe Price Growth Stock (PRGFX) | | None | | | Sold | 04/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: One-third interest Rental Property #1 (Washington, DC).

Part VII, line 4: One-half interest in Rental Property #2 (Washington, DC).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544